1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, CA 94102
   Telephone: 415.436.6857
7  Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov          **E-filing**
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA

12
13  UNITED STATES OF AMERICA,        )      C 07 - 2755
                                      )      No. 07-
                  Plaintiff,          )
14                                    )
                v.                    )      WARRANT OF ARREST OF
15                                    )      PROPERTY *IN REM*
                                      )
16  (1) APPROXIMATELY $29,900 IN     )
    UNITED STATES CURRENCY AND        )
17  (2) APPROXIMATELY $21,000 IN     )
    UNITED STATES CURRENCY,           )
18                                    )
                                      )
19                Defendants.         )
                                      )
20  _____)

21      TO:   ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF
              DRUG ENFORCEMENT ADMINISTRATION:
22

23      YOU ARE HEREBY COMMANDED to arrest and seize the defendant $21,000 in

24  United States Currency and maintain custody of same pursuant to 19 U.S.C. § 1605 until

25  further Order of the Court.

26      Claimants of the above-described funds which are the subject of this action shall file their

27  claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave., 16th

28  floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney,

    Attention: Patricia J. Kenney, Assistant United States Attorney, U.S. Attorney's Office, 450

1  Golden Gate Ave., 9th floor, San Francisco, California 94102, within 35 days after the date of
2  service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty
3  or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of
4  the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed
5  and served within twenty (20) days thereafter or within such additional time as may be allowed
6  by the Court.

7  Dated: May 24, 2007                    RICHARD W. WEIKING
                                          United States District Clerk

                                          Helen L. Almacen
                                          By: _____