SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: 415.436.6857
   Facsimile: 415.436.6748
   E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | No. C 07-2755 JL |
|         Plaintiff, ) | | |
|       v. ) | | CERTIFICATE OF SERVICE |
| (1) APPROXIMATELY $29,900 IN UNITED STATES CURRENCY AND ) | | |
| (2) APPROXIMATELY $21,000 IN UNITED STATES CURRENCY, ) | | |
|         Defendants. ) | | |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

    1. Government Complaint for Forfeiture;

    2. Notice of Forfeiture Action;

    3. Warrant of Arrest of Property *In Rem;*

    4. Order Setting Case Management Conference;

    5. ADR Dispute Resolution Procedures in the Northern District of California;

     6.   Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

     7.   ECF Registration Information Handout and

     8.   United States District Court Guidelines

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

| | |
|---|---|
| David Tennenbaum<br>38 Leroy Street<br>Binghamton, NY 13905 | Gregory Blank<br>474 Churchill Road<br>Teaneck, New Jersey 07666-2903 |

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

    Executed this __1st__ day of June, 2007, at San Francisco, California.

                                                    /S/<br>
                                  CAROLYN JUSAY<br>
                                  Legal Assistant<br>
                                  Asset Forfeiture Unit