STUART HANLON, Esq.
LAW OFFICES OF STUART HANLON
179 11th Street, 2nd Floor
San Francisco, CA 94103

Telephone: (415) 864-5600
Facsimile: (415) 865-0376

Attorney for Defendants
GREGORY BLANK
DAVID TENNEBAUM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>(1) APPROXIMATELY $29,900 IN UNITED STATES CURRENCY AND<br>(2) APPROXIMATELY $21,000 IN UNITED STATES CURRENCY,<br><br>  Defendants. | No. C-07-2755-JL<br><br>**DEFENDANT'S CLAIM OF INTEREST IN APPROXIMATELY $29,900 IN UNITED STATES CURRENCY AND APPROXIMATELY $21,000 IN UNITED STATES CURRENCY** |

(1) The government has filed a complaint for forfeiture against $29,900 seized from David Tennebaum on January 12, 2007. Mr. Tennebaum, an individual, has an interest in the claimed property. Mr. Tennebaum is the owner of the $29,900 in United States currency. Mr. Tennebaum requests that the claimed property not be ordered forfeited.

///

///

///

1   I am the claimant in this proceeding and have read this claim. I declare under penalty of
2   perjury under the laws of the State of California that the foregoing is true and correct.

6   Dated: 7/12/07

*[signature]*
DAVID TENNEBAUM, Claimant

8   (2)   The government has filed a complaint for forfeiture against $21,000 seized from Gregory
9         Blank on January 12, 2007. Mr. Blank, an individual, has an interest in the claimed
10        property. Mr. Blank is the owner of the $21,000 in United States currency. Mr. Blank
11        requests that the claimed property not be ordered forfeited.

13   I am the claimant in this proceeding and have read this claim. I declare under penalty of
14   perjury under the laws of the State of California that the foregoing is true and correct.

16   Dated: _____

GREGORY BLANK, Claimant

1     I am the claimant in this proceeding and have read this claim. I declare under penalty of
2 perjury under the laws of the State of California that the foregoing is true and correct.

6 Dated:_____            _____
                                                                       DAVID TENNEBAUM, Claimant

8 (2)     The government has filed a complaint for forfeiture against $21,000 seized from Gregory
9         Blank on January 12, 2007. Mr. Blank, an individual, has an interest in the claimed
10        property. Mr. Blank is the owner of the $21,000 in United States currency. Mr. Blank
11        requests that the claimed property not be ordered forfeited.

13     I am the claimant in this proceeding and have read this claim. I declare under penalty of
14 perjury under the laws of the State of California that the foregoing is true and correct.

16 Dated: 07/14/2007                                     /s/ Gregory Blank
                                                           GREGORY BLANK, Claimant