1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6857
7      Facsimile: (415) 436-6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,          )   No. C 07-2755 JL
                                        )
14 |        Plaintiff,                  )
                                        )   PROOF OF PUBLICATION
15 |                                    )
            v.                          )
16 |                                    )
                                        )
17 | (1) APPROXIMATELY $29,900 IN       )
     UNITED STATES CURRENCY AND         )
18 | (2) APPROXIMATELY $21,000 IN       )
     UNITED STATES CURRENCY,            )
19 |                                    )
            Defendants.                 )
20 |_____)

21      The United States hereby submits the attached Proof of Publication by Inter-City Express

22 newspaper.

23                                      Respectfully submitted,

24                                      SCOTT N. SCHOOLS
                                        United States Attorney
25

26 Dated: July 30, 2007
                                        PATRICIA J. KENNEY
27                                      Assistant United States Attorney

28

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Proof of Publication

to be served this date via first class mail delivery postage prepaid upon the person(s) below at the place(s) and address(es) which is/are the last known address(es)

David Tennenbaum
38 Leroy Street
Binghamton, NY 13905

Gregory Blank
474 Churchill Road
Teaneck, New Jersey 07666-2903

Sara Rief
Law Offices of Stuart Hanlon
179-11th Street, 2nd Floor
San Francisco, CA 94103
Attorney for David Tennebaum and Gregory Blank

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of July, 2007, at San Francisco, California.

_____
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

# THE INTER-CITY EXPRESS
~ SINCE 1909 ~

1109 OAK STREET STE 103, OAKLAND, CA 94607-4866
Telephone (510) 272-4747 / Fax (510) 465-1657

ANDREA HOWARD
U.S. MARSHALS SERVICES/ASSETS &
450 GOLDEN GATE AVE BOX 36056
SAN FRANCISCO, CA - 94102

This space for filing stamp only

OK #: 1149356

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California     )
County of ALAMEDA     ) ss

Notice Type:   USM3 - U S MARSHAL NOTICE

Ad Description: C 07 2755/NOTICE OF FORFEITURE ACTION - USA V.
(1) APPROX. $29,900 IN US CURRENCEY AND ....

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the INTER-CITY EXPRESS, a newspaper published in the English language in the City of Oakland, County of Alameda, State of California.

I declare that the INTER-CITY EXPRESS is a newspaper of general circulation as defined by the laws of the State of California as determined by this Court's order, dated October 21, 1910, in the action entitled In the Matter of the Application of the INTER-CITY EXPRESS Publishing Company Establishing "THE INTER-CITY EXPRESS" To be a Newspaper of General Circulation, Case Number 33837, and as Amended November, 19, 1974. Said order, as amended, Orders that: "The INTER-CITY EXPRESS' is a newspaper of general circulation, as defined in Section 6000 et seq. of the Government Code, for the City of Oakland, the County of Alameda, and The State of California." Said order as amended has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

06/13/2007, 06/20/2007, 06/27/2007

Executed on: 06/27/2007
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

*signature*

---

NOTICE OF FORFEITURE ACTION
No. C07-2755
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA, Plaintiff,
v
(1) APPROXIMATELY $29,900 IN UNITED STATES CURRENCY AND (2) APPROXIMATELY $21,000 IN UNITED STATES CURRENCY, Defendants.
A civil complaint seeking forfeiture pursuant to 21 U.S.C. §881(a)(6) was filed on May 24, 2007 in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant funds.
In order to contest forfeiture of the in rem defendant funds, any person who asserts an interest in or right against the funds, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.
Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.
Dated: May 24, 2007
Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney
PATRICIA J. KENNEY
Assistant United States Attorney
Scott N. Schools (SCBN 9990)
United States Attorney
Mark L. Krotoski (CSBN 138549)
Chief, Criminal Division
Patricia J. Kenney (CSBN 130238)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415-436-6857
Facsimile: 415-436-6748
Email: patricia.kenney@usdoj.gov
Attorneys for United States of America
6/13, 6/20, 6/27/07
OK-1149356#

*A000000100921*