1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:  415.436.6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,           )
13                                      )
                  Plaintiff,            )
14                                      )   No. 07-2755 JL
         v.                             )
15                                      )
   (1) APPROXIMATELY $29,900 IN         )   STIPULATION AND ORDER RE:
16 UNITED STATES CURRENCY AND           )   RESCHEDULING THE CASE
   (2) APPROXIMATELY $21,000 IN         )   MANAGEMENT CONFERENCE
17 UNITED STATES CURRENCY,              )   SET FOR SEPTEMBER 5, 2007
                                        )
18                Defendants.           )
                                        )
19                                      )
   GREGORY BLANK and                    )
20 DAVID TENNENBAUM,                    )
                                        )
21                Claimants.            )
                                        )
22

23       In this civil forfeiture action, the United States is represented by Assistant United States

24 Attorney Patricia J. Kenney and claimants Gregory Blank and David Tennenbaum are

25 represented by Stuart Hanlon and Sara Rief. On August 10, 2007, claimants filed their claims.

26       The parties, subject to the Court's approval, request that the case management conference

27 currently scheduled for September 5, 2007 at 10:30 a.m. be rescheduled for October 3, 2007 at

28 10:30 a.m. The reason for the request is that not only will the undersigned Assistant United

1 | States Attorney be out of the country from August 28 through September 5, 2007, but the other
2 | Assistant United States Attorney who also handles forfeiture matters will also be out of the
3 | country on business at that time. Accordingly, counsel for claimants have graciously agreed to a
4 | rescheduling of the case management conference until October 3, 2007. Because counsel just
5 | learned that the Court will be unavailable between August 15 and August 31, 2007, counsel are
6 | also willing to appear on any Wednesday after October 3, 2007 which is convenient for the
7 | Court.

9 | IT IS SO STIPULATED:

11 | Dated: August 16, 2007

PATRICIA KENNEY
Assistant United States Attorney

15 | Dated: August ___, 2007

STUART HANLON
SARA RIEF
Attorneys for claimants
Gregory Blank and David Tennenbaum

20 | PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____
21 | DAY OF _____, 2007.

HONORABLE JAMES LARSON
United States Magistrate Judge

Stipulation & Order
C 07-2755 JL

2

| | |
|---|---|
| 1 | States Attorney be out of the country from August 28 through September 5, 2007, but the other |
| 2 | Assistant United States Attorney who also handles forfeiture matters will also be out of the |
| 3 | country on business at that time. Accordingly, counsel for claimants have graciously agreed to a |
| 4 | rescheduling of the case management conference until October 3, 2007. Because counsel just |
| 5 | learned that the Court will be unavailable between August 15 and August 31, 2007, counsel are |
| 6 | also willing to appear on any Wednesday after October 3, 2007 which is convenient for the |
| 7 | Court. |

IT IS SO STIPULATED:

Dated: August 16, 2007

/s/
PATRICIA KENNEY
Assistant United States Attorney

Dated: August 16, 2007

STUART HANLON
SARA RIEF
Attorneys for claimants
Gregory Blank and David Tennenbaum

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____ DAY OF _____, 2007.

HONORABLE JAMES LARSON
United States Magistrate Judge

Stipulation & Order
C 07-2755 JL

2