SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>          Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> (1) APPROXIMATELY $29,900 IN ) <br> UNITED STATES CURRENCY AND ) <br> (2) APPROXIMATELY  $21,000 IN ) <br> UNITED STATES CURRENCY, ) <br> ) <br>          Defendants. ) <br> _____ ) <br> ) <br> GREGORY BLANK and ) <br> DAVID TENNENBAUM, ) <br> ) <br>          Claimants. ) <br> _____ ) | No. 07-2755 JL <br><br> STIPULATION AND ORDER RE: <br> RESCHEDULING THE CASE <br> MANAGEMENT CONFERENCE <br> SET FOR SEPTEMBER 5, 2007 |

      In this civil forfeiture action, the United States is represented by Assistant United States Attorney Patricia J. Kenney and claimants Gregory Blank and David Tennenbaum are represented by Stuart Hanlon and Sara Rief.  On August 10, 2007, claimants filed their claims.

      The parties, subject to the Court's approval, request that the case management conference currently scheduled for September 5, 2007 at 10:30 a.m. be rescheduled for October 3, 2007 at 10:30 a.m.  The reason for the request is that not only will the undersigned Assistant United

1 | States Attorney be out of the country from August 28 through September 5, 2007, but the other
2 | Assistant United States Attorney who also handles forfeiture matters will also be out of the
3 | country on business at that time. Accordingly, counsel for claimants have graciously agreed to a
4 | rescheduling of the case management conference until October 3, 2007. Because counsel just
5 | learned that the Court will be unavailable between August 15 and August 31, 2007, counsel are
6 | also willing to appear on any Wednesday after October XX 2007 which is convenient for the
7 | Court. Case Management Conference has been continued to October 10, 2007 at 10:30 a.m.

9 | IT IS SO STIPULATED:

11 | Dated: August 16, 2007

*/s/ Patricia Kenney*
PATRICIA KENNEY
Assistant United States Attorney

14 | Dated: August ___, 2007

_____
STUART HANLON
SARA RIEF
Attorneys for claimants
Gregory Blank and David Tennenbaum

20 | PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS __22__
21 | DAY OF __August__, 2007.

*/s/ James Larson*
HONORABLE JAMES LARSON
United States Magistrate Judge

Stipulation & Order
C 07-2755 JL

2

States Attorney be out of the country from August 28 through September 5, 2007, but the other Assistant United States Attorney who also handles forfeiture matters will also be out of the country on business at that time. Accordingly, counsel for claimants have graciously agreed to a rescheduling of the case management conference until (XXXXXX)2007. Because counsel just learned that the Court will be unavailable between August 15 and August 31, 2007, counsel are also willing to appear on any Wednesday after October 3, 2007 which is convenient for the Court.  Case Management Conference has been continued to October 10, 2007.

IT IS SO STIPULATED:

Dated: August 16, 2007

/s/
PATRICIA KENNEY
Assistant United States Attorney

Dated: August 16, 2007

STUART HANLON
SARA RIEF
Attorneys for claimants
Gregory Blank and David Tennenbaum

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 22 DAY OF August, 2007.

HONORABLE JAMES LARSON
United States Magistrate Judge

Stipulation & Order
C 07-2755 JL

2