STUART HANLON, Esq.
LAW OFFICES OF STUART HANLON
179 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5600
Facsimile:  (415) 865-0376

Attorney for Defendants
GREGORY BLANK, DAVID TENNENBAUM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>(1) APPROXIMATELY $29,900 IN UNITED STATES CURRENCY AND (2) APPROXIMATELY $21,000 IN UNITED STATES CURRENCY,<br><br>   Defendants.<br>_____<br><br>GREGORY BLANK and,<br>DAVID TENNENBAUM<br><br>   Claimants.<br>_____ | No. C-07-2755-JL<br><br>CONSENT TO PROCEED<br>BEFORE A U.S. MAGISTRATE JUDGE |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636( c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

```
Dated: September 27, 2007      s/Stuart Hanlon, CSBN: 66104
                               Attorney for Defendants
                               GREOGRY BLANK
                               DAVID TENNENBAUM
                               179 - 11th Street, 2nd Floor
                               San Francisco, CA 94103
                               415/864-5600
```