**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Honorable James Larson  Chambers
US Chief Magistrate Judge  415.522-2112

September 27, 2007

Patricia Jean Kenney
U.S. Attorney's Office
450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102


Stuart Douglas Hanlon
Law Offices of Stuart Hanlon
179 - 11th Street, 2d Floor
San Francisco, CA 94103


Re:   USA v. Approximately 29,900, et al.,
      U.S. District Court Case No. C 07-2755 JL

Dear Counsel:

    At the time that you filed your first pleading in this case, you should have been notified that the matter had been assigned to the undersigned magistrate judge for all purposes including trial. You should have received a form stating that the magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    You should have been notified that you had the right to have the case reassigned to a United States District Court judge for trial and disposition if you wish, or to consent to the jurisdiction of this Court. You should have received a form in two parts, the top part consenting to assignment of your case to a United States Magistrate Judge; and the second part declining to consent to the assignment to a magistrate judge and requesting reassignment to a United States District Court Judge.

    We have not received a signed form from you. Two forms are enclosed, the consent form and the request for reassignment. If you wish to have the matter reassigned to a District Court Judge, then you should sign the appropriate request. You are free to withhold consent to this Court and request reassignment to a district judge without any adverse consequences.

    Please sign and return *one* of the enclosed forms as soon as possible. If we do not hear from you by **Friday, October 5, 2007** we will request reassignment of your case to a United States District Court Judge.

    Thank you.

Very truly yours,

*James Larson*

James Larson
Chief Magistrate Judge