UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA. ET AL., | No. C 07-2755 JL |
| Plaintiffs, | |
| v. | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |
| APPROXIMATELY $29,900, ET AL., | |
| Defendants. | |
| _____/ | |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____    _____

                                 Signature


                                 Counsel for _____

                                 _____

REQUEST                                       1