## CIVIL MINUTES

**Magistrate Judge James Larson**              FTR 10:36-10:39 ( 3 min)
Date:**October 10, 2007**

Case No: **C 07-2755 JL**

Case Name: **United States  v. Approx. $29,900 in U.S.Currency, et al**

Plaintiff  Attorney(s):Patricia Kenney
Defendant Attorney(s):Sara Rief for Stuart Hanlon
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                            **RULING:**
1.
2.
3.
4.
[X] Case Management Conference  - held[ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Case continued to:** 2-13-07 @ 10:30 a.m. for fur CMC.

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
        [ ] Jury  [ ]  Court

Notes:



cc: Venice, Kathleen,