1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, CA 94102
      Telephone: 415.436.6857
7     Facsimile:   415.436.6748
      Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9
                     UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,               )
                                            )
14                          Plaintiff,      )
                                            )        No. 07-2755 JL
15              v.                          )
                                            )
16  (1) APPROXIMATELY $29,900 IN            )    STIPULATION AND ORDER RE:
    UNITED STATES CURRENCY AND              )    RESCHEDULING THE CASE
17  (2) APPROXIMATELY $21,000 IN            )    MANAGEMENT CONFERENCE
    UNITED STATES CURRENCY,                 )    SET FOR FEBRUARY 13, 2007
18                                          )
                            Defendants.     )
19  _____)
                                            )
20  GREGORY BLANK and                       )
    DAVID TENNENBAUM,                       )
21                                          )
                            Claimants.      )
22  _____)

23

24        The parties agree, subject to the Court's approval, that the case management conference

25  currently scheduled for February 13, 2008 at 10:30 a.m. be rescheduled in four months on or

26  about June 18, 2008.  In this civil forfeiture action, the United States is represented by Assistant

27  United States Attorney Patricia J. Kenney and claimants Gregory Blank and David Tennenbaum

28  are represented by Stuart Hanlon and Sara Rief.  On August 10, 2007, claimants filed their

1  claims. The Court held a case management conference was held on October 10, 2007 which
2  included the government's plan for discovery.
3      There are a couple reasons for the request. Claimants' counsel has learned that claimant
4  Gregory Blank died last week and claimant's counsel needs additional time to determine whether
5  his claim survived and, if so, to whom it belongs and what documentation is necessary to
6  substitute a new party as claimant. Claimant's counsel also plans to file a suggestion of death on
7  the record in accordance with Rule 25(a), Federal Rules of Civil Procedure. Further, because of
8  an unanticipated medical leave from November 16 through January 22, 2008 due to surgery, the
9  undersigned Assistant United States Attorney has yet to promulgate needed discovery. Finally,
10 the parties are exploring whether a settlement of this case is possible. Accordingly, the parties
11 request the Court to reschedule the case management conference in June of 2008.

13 IT IS SO STIPULATED:

16 Dated: January 31, 2008                    /s/
                                              PATRICIA KENNEY
                                              Assistant United States Attorney

19 Dated: January 31, 2008                    /s/
                                              STUART HANLON
                                              SARA RIEF
                                              Attorneys for claimants
                                              Gregory Blank and David Tennenbaum

24 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____
25 DAY OF _____, 2008.

                                              HONORABLE JAMES LARSON
                                              United States Magistrate Judge

Stipulation & Order
C 07-2755 JL

2