JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:   415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>(1) APPROXIMATELY $29,900 IN UNITED STATES CURRENCY AND (2) APPROXIMATELY $21,000 IN UNITED STATES CURRENCY,<br><br>                Defendants.<br><br>GREGORY BLANK and DAVID TENNENBAUM,<br><br>                Claimants. | No. 07-2755 JL<br><br>STIPULATION AND ORDER RE: RESCHEDULING THE CASE MANAGEMENT CONFERENCE SET FOR FEBRUARY 13, 2007 |

     The parties agree, subject to the Court's approval, that the case management conference currently scheduled for February 13, 2008 at 10:30 a.m. be rescheduled in four months on or about June 18, 2008.  In this civil forfeiture action, the United States is represented by Assistant United States Attorney Patricia J. Kenney and claimants Gregory Blank and David Tennenbaum are represented by Stuart Hanlon and Sara Rief.  On August 10, 2007, claimants filed their

1  claims.  The Court held a case management conference was held on October 10, 2007 which
2  included the government's plan for discovery.
3      There are a couple reasons for the request.  Claimants' counsel has learned that claimant
4  Gregory Blank died last week and claimant's counsel needs additional time to determine whether
5  his claim survived and, if so, to whom it belongs and what documentation is necessary to
6  substitute a new party as claimant.  Claimant's counsel also plans to file a suggestion of death on
7  the record in accordance with Rule 25(a), Federal Rules of Civil Procedure.  Further, because of
8  an unanticipated medical leave from November 16 through January 22, 2008 due to surgery, the
9  undersigned Assistant United States Attorney has yet to promulgate needed discovery.  Finally,
10 the parties are exploring whether a settlement of this case is possible.  Accordingly, the parties
11 request the Court to reschedule the case management conference in June of 2008.
12
13 IT IS SO STIPULATED:
14
15
16 Dated: January 31, 2008                    /s/
                                            PATRICIA KENNEY
17                                          Assistant United States Attorney
18
19 Dated: January 31, 2008                    /s/
                                            STUART HANLON
                                            SARA RIEF
20                                          Attorneys for claimants
                                            Gregory Blank and David Tennenbaum
21
22 The Case Management Conference is continued to June 18, 2008 at 10:30 a.m.
23
24 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____
25 DAY OF  February 4  , 2008.
26
                                            /s/ James Larson
27                                          HONORABLE JAMES LARSON
                                            United States Magistrate Judge
28

Stipulation & Order
C 07-2755 JL

2