1  STUART HANLON, Esq.
   LAW OFFICES OF STUART HANLON
2  179 11th Street, 2nd Floor
   San Francisco, CA 94103
3  Telephone: (415) 864-5600
   Facsimile:  (415) 865-0376
4
   Attorney for Defendants
5  GREGORY BLANK, DAVID TENNENBAUM

6
                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
   UNITED STATES OF AMERICA,           )
9                                      )   No. C-07-2755-JL
        Plaintiff,                     )
10                                     )
   vs.                                 )   SUBSTITUTION OF CLAIMANT
11                                     )
   (1) APPROXIMATELY $29,900 IN        )
12 UNITED STATES CURRENCY AND          )
   (2) APPROXIMATELY $21,000 IN        )
13 UNITED STATES CURRENCY,             )
                                       )
14      Defendants.                    )
                                       )
15 _____)
                                       )
   GREGORY BLANK and,                  )
16 DAVID TENNENBAUM                    )
                                       )
17      Claimants.                     )
                                       )
18 _____)

19      JACOB BLANK requests this Court substitute him in as Claimant in the above-

20 referenced case for Claimant GREGORY BLANK.  On January 17, 2008, Gregory Blank passed

21 away, leaving no will and no heirs.  As his father and next of kin, Mr. Jacob Blank is asking this

22 Court to substitute him in as claimant according to Federal Rules of Civil Procedure 25(a)(1).

23 Attached to this request is a Declaration from Jacob Blank and the Notice of Death.

24 Dated: March 12, 2008            s/Stuart Hanlon, CSBN: 66104
                                    Attorney for Defendants
25                                  GREOGRY BLANK
                                    DAVID TENNENBAUM
26                                  179 - 11th Street, 2nd Floor
                                    San Francisco, CA 94103
27                                  415/864-5600

28

Mar-04-08  03:56pm  From-ERNST & YOUNG LLP                212 773 0826        T-001  P.002/003  F-216

STUART HANLON, Esq.
LAW OFFICES OF STUART HANLON
179 11th Street, 2nd Floor
San Francisco, CA 94103

Telephone: (415) 864-5600
Facsimile:  (415) 865-0376

Attorney for Defendants
GREGORY BLANK
DAVID TENNENBAUM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> (1) APPROXIMATELY $29,900 IN ) <br> UNITED STATES CURRENCY AND ) <br> (2) APPROXIMATELY $21,000 IN ) <br> UNITED STATES CURRENCY, ) <br> ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> GREGORY BLANK and, ) <br> DAVID TENNENBAUM ) <br> ) <br> Claimants. ) | No. C-07-2755-JL <br><br> **DECLARATION OF JACOB BLANK FOR SUBSTITUTION AS CLAIMANT OF RECORD** |

_____ )

I, Jacob Blank, declare under penalty of perjury as follows:

1. I am the father of Gregory Blank, claimant in the above-entitled action.

2. On January 17, 2008, my son Gregory passed away intestate, leaving no will. He was not married and had no children.

3. As his father, I am his next of kin.

4. I am requesting this court substitute me as Claimant in place of Gregory Blank based on the above representations.

Executed this ___4th___ day of March, 2008 in ___New York City, NY___.

_____
JACOB BLANK

02/28/2008  09:07   12018370014                          JACOB M BLANK                              PAGE  01



U.S. Department of State
## Preliminary Report of Death of an American Citizen Abroad

San Jose, Costa Rica  1/22/2008
(Post & date of issue)

SSA No.   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

Age   23

Name in full   Gregory Todd Blank

Date and Place of Birth   20-May-1984      New York, United States of America

Evidence of U.S. Citizenship   State Dept. Records #206662026 issued on June 25, 2002

Address in U.S.A.   474 Churchill Road, Teaneck, New Jersey, United States of America

Permanent or Temporary Address

Date of death        Jan              17                                                              2008
                    (Month)         (Day)         (Hour)         (Minute)                          (Year)

Place of death   San Rafael de Escazu                    San Jose                       Costa Rica
                 (Name and address of Hospital or hotel)   (City)                       (Country)

Cause of death   Pending from the judicial morgue
                 (Issuing authority for statement of physician, include full name and official title, if any)

Disposition of the remains   Prepared/Returned

Local law governing disinterment of remains provides   N/A

Disposition of the effects   Jacob Blank - father & Rabbi Spelter

Person or official responsible for custody of effects and accounting therefore
Jacob Blank - Father & Rabbi Spelter

Traveling/residing abroad with relatives or friends as follows:
         NAME                                ADDRESS

Informed by telegram or telephone
         NAME                                ADDRESS                                DATE NOTIFIED

Copy of this report sent to
         NAME                                ADDRESS                                DATE SENT
         Jacob Blank             474 Churchill Road, Teaneck, NJ USA 07666          1/22/2008

Notification or copy sent to Federal Agencies:   SSA x   VA   CSC   Other
                                                                     (State Agency)

The original copy of this document and information concerning the effects are being placed in the permanent files of the Department of State, Washington, D.C. 20520.

Remarks:

(Continue on reverse if necessary)

[SEAL]

(Signature on all copies)

              Cheryl L. Neely                       of the United States of America.
              Vice Consul

Blank (Last name)   Gregory (First name)   Todd (Middle name)   17-Jan-2008 (Date of death)

DS-2060
Formerly OF-180
12/2003              (For Additional Certified Copies, see http://travel.state.gov/passport/consular_records.html)