SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

>450 Golden Gate Avenue
>San Francisco, CA 94102
>Telephone: 415.436.6857
>Facsimile:   415.436.6748
>Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>(1) APPROXIMATELY $29,900 IN UNITED STATES CURRENCY AND (2) APPROXIMATELY $21,000 IN UNITED STATES CURRENCY,<br><br>    Defendants.<br><br>GREGORY BLANK and DAVID TENNENBAUM,<br><br>    Claimants. | No. 07-2755 JL<br><br>NOTICE OF SETTLEMENT AND REQUEST TO TAKE THE JUNE 18, 2008 CASE MANAGEMENT CONFERENCE OFF CALENDAR |

    The United States, counsel for claimants, and Jacob Blank, the father and successor of Gregory Blank, have signed a settlement agreement resolving this case. *See* Substitution of Claimant, filed March 12, 2008. Once the United States is provided with a signature from David Tennenbaum on the settlement agreement, it will be filed with the Court. The United States believes that counsel will provide that signature prior to scheduled June 18, 2008 case

management conference. Regardless, the United States requests the Court to take that CMC off calendar because the case has been resolved.

                                      Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO  
                                      United States Attorney

Dated: June 5, 2008                           /s/  
                                      PATRICIA J. KENNEY  
                                      Assistant United States Attorney

Notice of Settlement and  
Request to Take CMC Off Calendar  
No. 07-07-2755 JL                        2