JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>(1) APPROXIMATELY $29,900 IN UNITED STATES CURRENCY AND (2) APPROXIMATELY $21,000 IN UNITED STATES CURRENCY,<br><br>             Defendants.<br><br>JACOB BLANK AS SUBSTITUTE CLAIMANT FOR GREGORY BLANK, DECEASED, AND DAVID TENNENBAUM,<br><br>             Claimants. | No. 07-2755 JL<br><br>SETTLEMENT AGREEMENT AND ORDER |

       Plaintiff United States of America and claimant Jacob Blank, as substitute claimant for Gregory Blank, deceased, through their undersigned counsel, stipulate and agree as follows:

       1.     Plaintiff is the United States of America ("United States"). Defendants are (1) Approximately $29,900 in United States Currency and (2) Approximately $21,000 in United

States Currency. After proper notification was given and publication made, as required by the Supplemental Rules for Certain Admiralty and Maritime Claims, the Gregory Blank filed a claim and answer to appear and defend defendant $21,000, and David TENNENBAUM filed a claim and answer to appear and defend defendant $29,900. Subsequently, Gregory Blank died intestate and his father, Jacob BLANK, asked the Court to substitute him as claimant in place of his son, Gregory Blank. Plaintiff, claimant TENNENBAUM and claimant BLANK are hereafter referred to as the "Parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

2. The Parties agree, subject to the Court's approval, that Jacob BLANK be, and\ hereby is, substituted as claimant in place of his son, Gregory Blank, deceased.

3. After full and open discussion, the Parties agree to resolve any and all claims against defendants $29,900 and $21,000 as well as any claims against any and all past and present officials, employees and agents of the United States, including those at the United States Department of Justice and the Drug Enforcement Administration, arising out of the facts alleged in the Complaint for Forfeiture filed in this lawsuit on or about May 24, 2007.

4. The Parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the Parties. The Parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the Parties. The Parties have entered into this Agreement in lieu of continued protracted litigation and district court adjudication.

5. The Parties further agree that this Settlement Agreement does not constitute precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

6. The Parties agree that claimant TENNENBAUM and claimant BLANK release and discharge the United States, as well as any past and present officials, employees, agents,

1  attorneys, their successors and assigns, as well as any state and local law enforcement officers,
2  from any and all obligations, damages, liabilities and demands of any kind and nature
3  whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising
4  out of the allegations set forth in plaintiff's Complaint for Forfeiture.
5      7.    In order to resolve this case without the expense of protracted litigation, the
6  Parties agree that $23,920 of defendant $29,900 shall be forfeited to the United States and that
7  the remainder, $5,980, shall be returned to claimant TENNENBAUM in a check made payable
8  both to claimant TENNENBAUM and to his attorney, Stuart Hanlon, Esq., and that the check be
9  delivered to Stuart Hanlon at 179 11th Street, 2d Floor, San Francisco, California 94103.  The
10 Parties further agree that and further agree that $16,800 of defendant $21,000 shall be forfeited to
11 the United States and that the remainder, $4,200, shall be returned to claimant BLANK in a
12 check made payable both to claimant BLANK and to his attorney, Stuart Hanlon, Esq., and
13 delivered to Stuart Hanlon at 179 11th Street, 2d Floor, San Francisco, California 94103.  Such
14 payment shall be in full settlement and satisfaction of any and all claims that claimant
15 TENNENBAUM and claimant BLANK, their heirs, representatives and assignees could assert or
16 have asserted to defendant $29,900 and $21,000, respectively.
17      8.    Claimants TENNENBAUM and BLANK shall hold harmless the United States,
18 including its agents, officers, representatives and employees, as well as any and all state and
19 local law enforcement officials, for any and all acts directly or indirectly related to the seizure of
20 defendant $29,900 and defendant $21,000, and for any and all acts directly or indirectly related to
21 the forfeiture described in paragraph 7 above.
22      9.    The United States, claimant TENNENBAUM and claimant BLANK agree that
23 each party shall pay its own attorneys' fees and costs.
24 ///
25 ///
26 ///
27 ///
28

Settlement Agreement
And Order
No. 07-2755 JL                                3

10. Based on the foregoing Settlement Agreement between the United States, claimant TENNENBAUM and claimant BLANK, the Parties agree that, subject to the Court's approval, this action be and hereby is DISMISSED and that the proposed Judgment of Forfeiture which is submitted with this Settlement Agreement be entered.

IT IS SO STIPULATED:

Dated: ~~May~~ June 12, 2008

JOSEPH P. RUSSIONELLO
United States Attorney

_/s/ Patricia Kenney_
PATRICIA KENNEY
Assistant United States Attorney

Dated: May 28, 2008

_/s/_
STUART HANLON
Attorney for Claimants
David Tennenbaum and Jacob Blank

Dated: May ____, 2008

_____
DAVID TENNENBAUM
Claimant

Dated: May 19, 2008

_/s/_
JACOB BLANK
Claimant

PURSUANT TO THE FOREGOING STIPULATED SETTLEMENT AGREEMENT, IT IS SO ORDERED ON THIS _____ DAY OF _____, 2008.

_____
HONORABLE JAMES LARSON
United States Magistrate Judge

Stipulation & Order
C 07-2755 JL

10. Based on the foregoing Settlement Agreement between the United States, claimant TENNENBAUM and claimant BLANK, the Parties agree that, subject to the Court's approval, this action be and hereby is DISMISSED and that the proposed Judgment of Forfeiture which is submitted with this Settlement Agreement be entered.

IT IS SO STIPULATED:                          JOSEPH P. RUSSIONELLO
                                              United States Attorney

Dated: May ____, 2008
                                              _____
                                              PATRICIA KENNEY
                                              Assistant United States Attorney

Dated: May ____, 2008
                                              _____
                                              STUART HANLON
                                              Attorney for Claimants
                                              David Tennenbaum and Jacob Blank

Dated: May ____, 2008
                                              _____
                                              DAVID TENNENBAUM
                                              Claimant

Dated: May ____, 2008
                                              _____
                                              JACOB BLANK
                                              Claimant


PURSUANT TO THE FOREGOING STIPULATED SETTLEMENT AGREEMENT, IT IS SO ORDERED ON THIS ____ DAY OF _____, 2008.


                                              _____
                                              HONORABLE JAMES LARSON
                                              United States Magistrate Judge

Stipulation & Order
C 07-2755 JL

4