1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857

7 | Facsimile:   415.436.6748
Email: patricia.kenney@usdoj.gov

8

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,

14 |                Plaintiff,

No. 07-2755 JL

15 |    v.

16 | (1) APPROXIMATELY $29,900 IN
UNITED STATES CURRENCY AND

JUDGMENT OF FORFEITURE

17 | (2) APPROXIMATELY  $21,000 IN
UNITED STATES CURRENCY,

18

               Defendants.

19

20 | JACOB BLANK AS SUBSTITUTE
CLAIMANT FOR GREGORY BLANK,

21 | DECEASED, AND
DAVID TENNENBAUM,

22

               Claimants.

23

1 UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good
2 cause shown, it is by the Court on this ____ day of May, 2008,
3 ORDERED, ADJUDGED AND DECREED that $23,920 of defendant $29,900 be, and
4 hereby is, FORFEITED to the United States for disposition by the Attorney General in
5 accordance with law and that $16,800 of defendant $21,000 be, and hereby is, FORFEITED to
6 the United States for disposition by the Attorney General in accordance with law; and it is
7 FURTHER ORDERED that the instant case be, and hereby is, DISMISSED.

_____
HONORABLE JAMES LARSON
United States Magistrate Judge

Judgment of Forfeiture
C 07-2755 JL

2